**ROBERT WISNIEWSKI P.C.**
ATTORNEYS-AT-LAW

225 BROADWAY, SUITE 1020 • NEW YORK, NY 10007
TEL: (212) 267-2101 • FAX: (212) 587-8115
WEBSITE: www.rwapc.com

October 4, 2011

Hon. Raymond Lyons
United States Bankruptcy Judge
United States Bankruptcy Court
District of New Jersey
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608
    *VIA EMAIL*

    **Re: Mazur et. al. v. Triestman**
    <u>**Adversary No.: 09-2333-RTL**</u>

Dear Judge Lyons:

    I represent Plaintiffs in this matter. This letter is to memorialize the Court's orders at the October 3, 2011 telephone conference.

    The trial in this matter shall begin at November 29, 2011 at 10:00 am and will continue on November 30, 2011 at 10:00 am.

    Plaintiffs will move for summary judgment on their claim under 11 U.S.C. § 523(a)(6) by October 17, 2011. Debtor-Defendant shall oppose this motion and cross-move for the dismissal of Plaintiffs' adversary proceeding no later than October 31, 2011. Plaintiff shall file a reply in support of their motion and an opposition to Debtor-Defendant's cross-motion by November 3, 2011 at 4:00 pm. The Court will hold a motion hearing by telephone at _____ on November 7, 2011.

    If Plaintiffs are successful on their claim under 11 U.S.C. § 523(a)(6), the Court will not have a trial on Plaintiffs' damages.

    Discovery in this case is closed.

    Thank you for your attention to the above.

    Sincerely,

    ---------/s/---------
    Robert Wisniewski