Order Filed on
**11/7/2011**
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | _____ |
|---|---|---|
| | Adv. No.: | _____ |
| | Hearing Date: | _____ |
| v. | Judge: | _____ |

## ORDER DENYING MOTION OR
## APPLICATION FOR THE ENTRY OF AN ORDER

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: 11/7/2011**

*Raymond T. Lyons*
Honorable Judge Raymond T. Lyons
United States Bankruptcy Judge

SO 17

**(Page 2)**
Debtor:
Case No:
Caption of Order:   ORDER DENYING MOTION OR APPLICATION FOR THE ENTRY OF AN ORDER

A motion or application having been filed on _____ by _____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____ , 20 \_\_\_\_\_, a copy of the foregoing Order was served on each of the following:

JAMES J. WALDRON, Clerk

*Approved by Judge Raymond T. Lyons  November 07, 2011*