November 23, 2011

Robert Wisniewski, PC
225 Broadway-Suite 1020
New York, NY  10007

Attention:  Michael Taubenfeld, Esq.

      Re:  Triestman ads Mazur et als

Dear Mr. Taubenfeld:

Please accept this letter as a formal demand for you to withdraw the two Subpoenas which you served.

The first which you served upon Mr. Orr and the second which was left on my receptionist's desk for Mr. Triestman, who has not been in my office for several weeks.

This demand is made based upon the unjustified delay in your serving the Subpoenas and in your failure to allow a reasonable time to comply and creating an undue burden upon the persons against whom the Subpoenas were served (it was never served upon Mr. Triestman).

Please also be advised that Mr. Orr, were he to be compelled to attend court, will be losing $300 per hour and will require being reimbursed by your firm on the date of his appearance.

Please be guided accordingly, as we shall be seeking sanctions with regard to the Subpoenas.

                                Very truly yours,

                                /s/Robert M. Rich

RMR:cr                        ROBERT M. RICH
CC:  Catherine Youngman, Esq.